Steven Anthony WALKER, Appellant,

v.

**Leroy MEADOWS, Sheriff of Mississippi County; Jesse C. Ephlin, originally sued as Jesse Ephlier, Captain at Mississippi County Detention Center, Appellees.**

No. 03–2682.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 26, 2003.

Decided Sept. 30, 2003.

Steven Anthony Walker, pro se, Newport, AR, for Plaintiff–Appellant.

Michael R. Rainwater, Scott Paris Richardson, Jason E. Owens, Duncan & Rainwater, Little Rock, AR, for Defendants–Appellees.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

Arkansas inmate Steven Walker brought a 42 U.S.C. § 1983 action claiming officials

denied him access to the courts by not providing him with law books and free legal-mail materials during his pretrial detention, with the result that he was unable to prepare for trial and was convicted. The district court[1] granted defendants summary judgment, and Walker appeals.

Upon de novo review, *see Owens v. Scott County Jail*, 328 F.3d 1026, 1026 (8th Cir. 2003) (per curiam), we note that during his detention Walker was represented by counsel in his criminal proceedings, and we conclude summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.